JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ESCOBEDO<br><br>  Plaintiff,<br><br>  vs.<br><br>DUNBAR ARMORED INC. et al<br><br>  Defendant. | **CASE NO.:** 2:13-cv-00113-SVW-JEM<br><br>**ORDER DISMISSING THE ACTION ACCORDING TO STIPULATION** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

In light of the Stipulation for Dismissal signed by all parties, the Court hereby orders that the above entitled action be dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: May 22, 2013          _____

The Hon. Stephen V. Wilson
United States District Judge